NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WYETH AND CORDIS CORPORATION,**
*Plaintiffs/Counterclaim Defendants-Appellants,*

v.

**ABBOTT LABORATORIES,
ABBOTT CARDIOVASCULAR SYSTEMS INC.,
ABBOTT LABORATORIES, INC., MEDTRONIC
INC., MEDTRONIC VASCULAR, INC., AND
MEDTRONIC USA, INC.,**
*Defendants/Counterclaimants-Appellees,*

AND

**BOSTON SCIENTIFIC CORPORATION AND
BOSTON SCIENTIFIC SCIMED, INC.,**
*Defendants/Counterclaimants-*

*Appellees.*

---

2012-1223, -1224

---

Appeals from the United States District Court for the District of New Jersey in case nos. 08-CV-0230 and 08-CV-1021, Judge Joel A. Pisano.

---

**ON MOTION**

## O R D E R

Wyeth and Cordis Corporation move for a 21-day extension of time, until June 14, 2012, to file their opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 15 2012**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  David T. Pritikin, Esq
     Edward A. Mas, II, Esq.
     Matthew M. Wolf, Esq.
     Samuel F. Baxter, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 15 2012

JAN HORBALY
CLERK